# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CHARLES E. ASKEW                                                    PLAINTIFF

v.                              No. 4:19-cv-114-DPM

ROCK REGION METRO; CHARLES
FRAZIER; CHARLES JACKSON;
DONNA BOWERS; and WILSON VAUGH                        DEFENDANTS

## ORDER

1. Askew's motion for a preliminary injunction, № 6, is denied without prejudice. It is mostly about things that are beyond the First Amendment claim that the Court has screened to go forward. The issues about that claim will be ventilated in due course. The Court can't say at this point either that Askew is likely to succeed or that he faces irreparable harm.

2. Askew's motion for an evidentiary hearing, № 8, is denied without prejudice. There's no need for a hearing at this early point.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

26 February 2019