In the united States District Court
Eastern District of arkansas

western District of arkansas

# 4:19-CV-114

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 24 2019
JAMES W. McCORMACK, CLERK
By: DEP CLERK

Charles askew
VS.
Rock Region metro

objections to Defendants motion to dismiss

comes now plaintiff (Charles askew) By and Through his attorney (Pro SE). Pursuant to Federal Rules; Civil Procedure.

Defendants motion is nothing more than a Smok Scream, to cover up their Conspiracy. Plaintiff Can prove Conspiracy between all Defendants, and Prove that they violated Each and Every Claim.

1. on Jan 31st (2019) Plaintiff notified Rock Region that civil Rights investigator (Drew malone) would Submit my Request (F.O.I.A.) this document is all ready in Exhibit.

2# after we left I was taken to (L.R.P.D.) to Retrieve a copy of a police Report that is already on Exhibit. In that Report it is clearly Stated that the (L.R.P.D.) can not make Rock Region metro send me a notice of Charges.

Let the Court Review this damning Evidence, and ask why was I told on the Phone by (Charles Jackson) I was Suspended.

3# Plaintiff Recieved the Letter 30 days after it was written, I had to call the police just to get it on Record. as I was on the phone (L.R.P.D.) and Jackson had a conversation. out of Ear shot.

4# The Little Rock P.D. internal affairs say they dont have anything to do with Rock Region, but they said they will arrest me w/or without Notice of Charges.

5# the little Rock police should have told them the Law Requires a notice of Charges. that law is Clearly Established.

when I called Judge Humphrey he said dont get on the bus, so now plaintiff know they gonna give me a 30 day Suspension and have me arrested when I get their.

6. Defendant Jackson kept telling me catch the bus down town to get a suspension Letter this proves how they insult my intelligence. why did he not put it in the mail ? answer, to entrap plaintiff.

7. Donna Bowers Suspend me For 60 days For Calling, Harrising phone calls. as they put it, Cause I kept demanding the name of ~~dog~~ a bus driver who slammed my hand in the door with intent to drag me down town that constitute a 8th amend'ment violation This is part of what is on appeal in CASE 18-3588 8th CiR.

8. Defendants knew this Cause Plaintiff Can be Seen on Camera putting a Copy on Rock Region Metro Company Vehical. Defendant Vaughn Retrieved it. Plaintiff Joe Left voice mail on Defendant Voice mail, asking quote does that Firm intend ~~or~~ on Representing Defendants on both Cases before Defendants were Even Served in 4:19-CV-114

9. If the court will Look at defendants Correa Suspension Letter where he alleged I mention Events of Columbine

CONT.

10. I surly did, infact, 4-19-20 marks the 20 th. year it happen. I said thats why them kids are doing it. they go all out the way to parents, teachers, pricpals ETC. and no one Listens, what they will do is to make mockey of those kids. and I feel like they do, but I dont condone, I wish they could have came to me, I would have Step up Bully Scared Straight.

11. oscar suspended me 30 days For 1st amendment Right on appeal 8th CiR. it Started 4:18-cv-751 now on appeal. see xhibit on appeal ~~why~~ it tells you suspendeg on 15th of June18Effective 15th-18 and I was Ran off the Lot by police the day there Letters were typed up.

12. the Jan31st letter started 1-3-19. like all the others it Expired 3-2-19 all that Extra Jargen the defendants put in is without merit. If they plan on Changing the way they suspend me them where are the new Rules? does not the Law Require all Rules Expacto Rules be posted.?

5th

13th on march 2nd 2019 why does plaint present a copy of a ~~transfer~~ day pass, when Floyd Bibbs Let plaintiff on the bus, plaintiff has submitted to the united States District court a copy of a transfer dated 1-31-19 & why did not plaintiff Recieve that Same Letter on 1-31-19

14 Plaintiff submitted copies of a day pass dated 2-1-19 the Exact date Plaintiff civil Rights investigator Left Rock Region metro. oh! yes it, the Letter in question is of Cause (Effective) 2-1-19 mr. malone droped me off at Geyersprings & Base Line I got On Bus 23 trainee at the wheel.

15. It was then Defendant vaughn, Came out the office looked around and made sure mr. malone was not present, said someone wanted to see me. Right then I knew I was on suspension Defendants admit Their own (guilt) Look at the top of all Suspension Letters make defendants send copies of all Suspension letter to Rm 1-29 A let Every Judge have a copy

6K

16 in all the Bodies of the Suspension Letters Say Effective day its written.

the Last Suspension was typed and Signed So Fast they dont Even put a address, why?. Cause they put them in my hand, and Run me off the lot. Court has authority to get the tapes.

17. Police Report written by Mafia cop allison walton Says I called Rock Region and Said I was gon Ride the bus. I did, I Said Sat or Sunday 3-2-19 OR 3-3-19 Now lets talk about the voice mail I left on defendants Jackson voice mail. on 1-31-19

I Stated I was gonna Send Mr. Malone 1-31-19 but Something Came up So we decided 2-1-19 at 9: had battery trouble but did not arrive until about 10:45 not look at the time of my Day pass on Exhibit ~~to~~

the time Frame, day they wrote it 1-31-19.

day it was Served. soon as malone Left.

Defendants attorney was Left voice Mails of these people actions at least a year befor I Sued he Should have warned them. Conspiracy, Just like I Said.-

7.

18 Even in the (A.D.C.) arkansas Department of Corrections If a inmate is given a infraction; written notice of Charges, before his privileges Can be taken. He or She must have a (hearing). a right to call witness, and a right to appeal.

19. 6-Suspensions and here I am a black man, in society in what is known as the Free world, and I dont get a Fair, and impartial hearing. and these people wont Even Respond to the Complaints of the pessengers the whole damned board of Directors are Liable.

20. the police (allison walton) at the ~~oltage~~ altered the police Report to help rock region. all of Rock Region employees let me on the bus. 3 bus drivers not a word. B the police doesnt Even Say Supervisor told her this. but internal affairs say they dont have any thing to do with this.

the police Report says Bibbs Shrugg his shoulder and I took a Fighting Stance. I did, he got out his seat, got off the Bus, and Ran to driver side like he was gonna hit me.

~~21st~~ 8th h

21 If a inmate in the A.D.C. Loos their privileges for over 60 days they are allowed a 48 hr Relief. Look at my 60 day Suspensions, is there Record of a 48 hR. Relief. NO

22 on suspension 60 days For theroutic threatning, 1-for harrasing Calls For 60 days see how they give you what they want. if you Complain they suspention.

23. Everyletter comes behind a letter to the Governor why is plaintiff writing the governor about my complaints, Caus the whole (Board of Direcators) is in on it, why wont they let me speak to anybody. cause they say Everybody Has orders to Refer me to (Charles Jackson) this

means Charles Fraizer, wilson vaughn, Donna Bowers, and Charles Jackson.

my advise is to save the court time, if they Fight it

I want a Jury Trial I bet they ~~Gon~~ Rode a bus before

# 9

24. Defendants know if I had just one School year at any universe I would Litteraly cite law From the Frailest cottage to the Strongest Kingdom.

the only Reason they wont give indefinite ~~[illegible]~~ Suspension is because the Fed. Trans. adm. civil Rights division Said they cant. Charles Jackson threaten me with a indefinite Suspension.

now what Lie can Rock Region tell to do that.

Look at that Police Report 10-31-16 no Suspension no jail.

25 Please be advised that plaintiff has a Trial date 5-9-19 please Contact municipal, and have them contact U.S.D.C. of my disposition if plaintiff Recieves jail time 5-9-19

please forward all mail to P.C.J.D.C. Roolsevelt Rd.

1. Plaintiff suspensions for any amount of time Constitute a violation, and it has been going on for a while.
plaintiff suspensions violates plaintiff Freedom of Speech, and are not in violation of Law. It is my constitutional Right. to speak freely

Mattox v. U.S. 156 US 237, 243

2. Each time I was Ran off The Lot I was not always suspended wilson vaughn, Charles Jackson, have had Little Rock Police to Run me off the lot, and Just like that I was threaten to be jailed, if I dont move he said he would use Force.
Defendants Converted my Rights into Crimes

3. It is said that the board of director make the Rules but did not intervien, when Charles Frazier, Donna Bowers, wilson vaughn, and Charles Jackson were violating administrative directive Rules, and Regulation, and Employee Conduct manual.

williamson vs. US. Department of agriculture 815 F.2d 369, ACLU Foundation v Barr, 952 F.2d. 457 299 US. APP.DC. 101 (CA DC) (1961)

CONT.

4.# Plaintiff has stated his claim as best he can without the advice of a lawyer, I dont have a computer, and plaintiff time is mostly consumed by a (87) year old. when I get the bus its my mental Refeshment am in anywhere from 12-18-22 hrs a day however I have a right to leave.

Davis v. wechler, 263 U.S 22, 24
Stromberg v, california, 283 U.S. 359.
naacp v. alabama 375 U.S. 449

The assertion of Federal rights, when plainly and reasonably made are, not to be defeated under the name of Local Practice.

5.# Defendants know, attorney For the defendant knows that ignorance of the Law is no Excuse, a court has ruled that Plaintiffs in many Cases have plauseable Claims, they keep alleging that Every thing I write makes no Sense. and I will Recite, and continue to recite Haines v. kerner, 404, U.S. 519 (1972)

Jenkins v. mckeithen 395 US. 411, 421 (195[illegible]

Pucket v. cox. 456, 2Nd 233

Picking v. pennsylvaina Railway 151 F. 2d 240, Third circuit.

CONT.

# 12

6# Rock Region metro employees have audio visual on the bus but everytime I file a Complaint Rock Region will not Respond nor will it invetigate its on agency, I got the F.B.I. civil Rights division as well as (2) agents whom can Look any Judge in The Eyye and verify that plaintiff Story Checks out, and if they question Defendants about any allegations they will Lie and get caught up on obstruction of Govemental operation.

I went to any, and Everybody For help, 2 1/2 years of this harrasment, Stigmatizing, adgetating, Social Media Slander provoking For 2 years) and a half Each time I wrote Governor they get me the same Frame between Letters, + suspension Letters Prove it, Court can call the governor, It does not break the Law, Send the F.B.I they know I aint Lying..

Defendants were advised the F.B.I took Photos of the Court orders, and they said they would had go to Rock Region next.

CONT.

#13

17. Defendant Bauer Retaliated Charles Frazier knew it, Charles Jackson is operation manger he knew Vaugh would issue the Suspension Letter, they all played a part. I filed a complaint they Retaliated

miranda v. arizona 384, US 436, 491.

Defendants Dog simply want hunt.

#18 (miller v. US 230 F. 486, 489)

19. as Stated in Sherer v. Cullen, 481 F. 946

we go on quoting Court decisions, after court decisions the Constitution answers all questions.?

miranda v. arizona 384 U.S 426, 491, 86 S. CT. 1603.

#20 Sheran v. Cullen 481 F.2d 946 (1973)

21. Simmons v. united States 390 U.S. 377 (1968)

CONT. BACK SIDE OUT OF PAPER

The Court should have defendant send that Police Report. Officer Walton says She told Bibbs to get back on the Bus and Proceed with his Routh. when I tell internal affairs about thera part in this conspiracy they say they have nothing to do w/ Rock Region. Sounds Like She Supervising to me

See Police Report 3-2-19