In the United States District Court
Eastern District of Arkansas
Western Division

Charles Askew   4:19-cv-114        Plaintiff

vs.

Rock Region Metro E.T.AL.           Defendant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 07 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

" Motion objecting to Defendants "
Sanctions, penalties, dismissal ETC.

Comes now Plaintiff Charles Askew by
and through his attorney (Pro SE)
Pursuant to Federal rules of Civil Procedure
and Local Rules.

1.   First of all Plaintiff admits to the court
with all dure respect, that plaintiff
has made multiple Phone calls, Plaintiff
has already given the F.B.I. his word that
he will in no way harm anyone, of
Rock Region Employees.

2.   The Federal agents can see plaintiff
speaks truth, Plaintiff Phone calls are a
Result of Defendants singling plaintiff
of and stigmatizing, Plaintiff admits
to some Vulgar language, but Denis
any Direct threat.

3.   Plaintiff also admits to all calls, beginning
August 11Th at approx. 10:38 AM.
not only does he admit, to making
multiple Phone calls, but also admit these
same calls were made to Following

P. 2#

4. individuals, Governors office, State Senata, City Hall, F.B.I., Federal Transportation administration, civil Rights division, Chief of Police, his Secretary, the F.B.I Secretary, (Channel #7.) Little Rock police and internal affairs, Judge Humphrey, ~~ETC.~~ (Defenats attorny)

5. Defendants attorney Jeff Sweer, was advised B atleast 2 years or less that Rock Region metro, had violated my Eigth amendment Rights, my rights to Freedom of Speech. ETC. He Fail to take corective action as did his Clients, infact this nation itself Proves defendants guilt. and Sheds a great Deal of ~~alberted~~ ~~mag~~ magnus on Nat only in this Case but case 18-3588

6. Defendarts attorney are Part of the conspiracy itself, and could Easlie be proved as to what Part he Played. Defendarts Falsified a police Report on Plaintif alleging I cursed him. and threaten to kill a bus driver (Johnny wesley) See police Report. It takes away all (credibility) of alleged threats. this Furiated Plaintiff, It daiened on plaintiff to get a copy of the tape, Plaintiff filed a complaint about it to City Hall, the whole time Wesly was Laughing From the time he called Co-Conspirator (Tina Mosley) SEE TAPE OCT. 2016

CONT.

P. 3#

7. Plaintiff Recieved no suspension, no arrest, and no no contact Order (Charles Fraizer) Conspirator, Fails to admit that he himself was advised that if he would not take the initiative to Remedy the misconduct, of his subordinates that he would be Sued For Failure to Supervise.
It is plainly Stated in defendants Rules that the purpose of the audio visual is to investigate, complaints, and incidents. however no passenger in the history of Rock Region been able to Recieve, and or get a Response, or disposition From Rock Region, if you try to go up Chain of command defendants will interfere. and Remand you back to conspirator (C. Jackson)

8. this is exactly why Plaintiff went outside Rock Region, let the truth be known. that Defendant Bowers had already Conspired with (Charles Jackson) to deprive plaintiff of his constitutional Rights. defendant Bowers told Plaintiff quote. if I keep calling about the bus driver I would Lose my privileges again, 2 days after defendant bowers Suspension was Expires the Bus driver refused to Let me on the bus, Defendants have Refuse plaintiff on the Bus. I had to Call City Hall Just to get back on the bus.
CONT.

#4

9# Defendants has showed no Respect for the
constitutional Rights nor civil Rights, infact
the defendants took turns humiliating plaintiff
at the discretion of defendant Bauers, and
Jackson, a operations manager, and a alleged
Director of operations, whom have not only
fail to properly train and supervise but,
they themself have ~~for that~~, are a
dereliction of Duties.
        not only did Charles Fraizer know
the whole Board of Directors ~~plaid~~ played
a part, in this 3 year long conspiracy.
how did defendants come up with such
Foolishness. the defendants have been using
the (J.R.P.D.) to help violate my Rights,
and the (J.R.P.D.) is more than
willing to act under color of state Law
to help Bully plaintiff, infact (J.R.P.D.)
officer David more went in my File, and gave
Rock Region metro advise on how to
send me to the A.D.C. for (40 to Life)
Just File a police Report alleging Violence,
and threatning to kill. he knowes I
have been to A.D.C. For terroristic
threatning.

10  Plaintiff admits he was convicted, but the
charge itself was from (Plaintiffs) uncle
(Nathaniel Askew) he did it to get at my
Dad. yes used his nephew to cause harm
and a Emotional hurt to plaintiff Father.
I he stated he would make sure I
go to the penn.
            CONT.

11th the purpose of this is because, if I went to the (A.D.C.) (nathaniel askew) had thought I may be a victim of Forced gender Reassignment, he thought I would come back Gay, Homosexual, or Raped. He knew that this would hurt my Father more than anything. Charles Jackson made a statement that everybody that comes to him tells him I am a homosexual. This is why I plan to Supreme Correctional officer, and a Employee at 600 capitol ave. Sec. who will testify Charles Jackson ~~saud~~ info center is nothing more than defeimation of Character, Slander, lies, idal gossip. infact plaintiff civil Rights were violated so Bad due to corrupt officials as high up to the Directer himself, warden, Chief of Sec. ETC. infact Rock Region metho is a exact duplicate behavior, of A.D.C. and its corruptions, and its ~~intirly~~ entirly

12th Since Charles Jackson wants to go there them Id Say they were Gay Bashing, hate crimes, discrimination, of gender Race Sex or what ever this sorry excuse of a operations manager. It would open up the door For another (U.S.C. 42) however the whole entire A.D.C. will tell Charles Jackson him and his forces are a Lie, The Devil is a lie and I can prove it.
   one phone Call to A.D.C. ask a history of a ex prisoner C. ASKEW OR RAHEE Muhammad #98898  End of Story.

13# the arrest of Plaintiff on 3-2-19 was intrapment at best, the Defendants knew every time they violate my rights by sending Bogus Suspension Letters, and Every time they did I called and voiced my opinion, Freedom of Speech, and if you look at the time Frame. I was arrested 3-2-19 I was told by the Judge not to go to Rock Region until after trial May 9th and that a no contact order was issued for employee Bibbs, and Masely. Plaintiff Comprehended Every letter, and this gave Rock Region a 30 day Suspension From them, and 30 From the Court.

   However Bibbs seem Plaintiff ~~walking~~ WAlking dawn Wright ave, and ~~woodraw~~ woodraw while passing, on his Routh (U.A.L.R) bus he Blew his horn at Plaintiff. the usual ha, ha ha, childish, immature ignorant behavior that has plaintiff in this court, it is defendants who have no respect For the court, nor Respect For the Law, infact Rock Region has sent a message to plaintiff on numerous occassions that they are above the Law. these actions speak For themself. (Charles Fraizer) attorney apparently does not know the Palice Report itself is altered to Fit Rock Region purpose as to defeat Plaintiff in ~~ha~~ his litigations. which is based on the truth. if the court will ventilate Plaintiff Request For admission and let defendants Respond then Case Can be negotiated.     CONT.

14. Plaintiff has a copy of the incident on tape "
    it shows (Loyd Bibbs) let plaintiff on bus with no
    altercations, infact, Bibbs and I never had issues
    and I don't have hate, or any animosity
    toward Bibbs, I forgive his actions due to the
    fact that he was influenced by co workers.

15. How can Bibbs ask fa a no contact order, when
    it shows him opening his window and stated
    you got me fucked up with them other
    bus drivers, defendant muffled up and
    altered the tape. the police lied and
    said Bibbs exited the bus and shrugged
    his shoulders, ~~and she can not and~~
    and that's when askew took a flight
    stance.

16. The Police Report also states Bibbs refuse
    to let plaintiff board the bus, well the
    tape shows plaintiff at the driver side
    of the bus, why did (Bibbs) leave his
    (SAFE HAVEN) to come at plaintiff,
    he got off the bus and came at a high
    rate of speed as ~~to~~ if he was gonna
    hit plaintiff, the police said she
    heard me say what you want to do.
    she couldn't have, she was inside
    the building, the TAPE doesn't go
    with the ~~tape~~ the Report both have
    been altered.

               CONT.

7.#

17. Loyd Bibbs actions alone warrant termination
automatically. & attorney For defendants
said I have a no contact order For #2.
Thats a bunch of Chewed up grass, I
Filed a maid a call to Rch Region, and
told them Tina mosely cant get a no contact
order when no words were Exchanged,
Plaintiff was already apprehended and
sitting in the patrol Car handcuffed,
and Secured the tape on the 2st Shows
Tina mosely Coming aut the Building,
Looking at me Jeust Smiling this is
only a Chilish, and immature stunt
to get me to Say Something to her tell
this People let the Court Review For
themself if am lying.

18. When I busted out their conspiracy to
key adjestating, and provaking they,
kept adding I emsult to enjury.
Defendants are trying to make
plaintiff so mad until he actually
Says am gonna kill you (Charles Frazier)
plaintiff did get So Mad he Emotional
did Not Eat for 23 days)
The Constant adjitating by Rch
Region for almost 4 years took
its tall, and if I did Say
things cut of amger it is
normal behavia, they thaught
if they cam make me mad Enough
I dould assault some one it
aint gomna happen    CONt.

#8

19. I am not going to give my Freedom away. The only Reason I went to Jail #10 years ago, a individual pulled on a gun on me 3 times I went to prosecutor, he he was given a no contact order 4th time I caught him without the gum and whoped his ass. Police took bath of us to Jail, I got bound over to circuit 3 4-911 call about him, Everytime since the 80s if I go to the prosecutor attorney about Someone about a gum they always say they caid do nothing about it. ^ I have no Equal protection of Law

20. Defendants Lie about my (Charges) plaintiff never bragged about to murder Charges. I was Suspended From Rock Region cause they say the next time a fare drive make me mad I would go homocial, and I been picked up For murder twice where is the threat or another violation of my 1st amendment Right due to the Fact that, it makes no Sence, you dont go homocial a Suicidal you either are or your not.

21. Plaity files apiece bond on one Said Devim Fletcher, cause he pulled a gun on me, but they say they cant do nothing about it. Some one ambushed him From behind a a laundry matt some one Shot with a 30 od 6 and a 30-30 winchester. cont.

#9

#22   the Police picked me up For questioning
cause of the peace bond. Released and
no Charges were Filed. I took his gun
and gave it to Officer porterfield of L.R.P.D
I told him to put in his private collection
or destroy it, I told him who I got
it From.

#23   and Defendants attorney is a Lie, when
he Said I bragged about a murder Charge.
he is about to get a complaint himself.
    Plaintiff was on private property when
accosted by (4) individuals, they sticks
bricks, and battles, and told me they did
not want no ~~Jammy~~ (Jimmy Robenson)
ass nigga hanguing around. plaintiff
im other words is the police.
    I replied if yall want to Fight drop
the sticks bricks, and battles, and we
can go at it, one at a time or we
can fight (5) at a time, they Refused
to drop there weapons.

#24   plaintiff at all times was armed this due
to Constantly trying me, Its probaly
cause people see me being generous all
the time and that can week.
    I maid a way out For them and I Stated
am going sit on old mam Jackson wall,
yall caint come over there Cause Jack
aint gon Let you sell your shit over
here

                    CONT.

25 do not hit me with any brick battle etc.
cause I will take drastic measures.
when I got half way across the street
they attacked and threw a 40 oz.
battle, it broke on my Jaw, and o cut
me to the bone, I open Fire killing
one of thee Suspects. in the Chest

26# Plaintiff turned his self in 48 hrs
Later, I had trial, Jury deliberated
in 13 min. not guilty, I was af
aquifed, Justifiable homicide.
15 witness came to court, 14 say
they seen me shoot him, but no one
warts to talk abat the permanent
disfiguvement on my Left Cheek,
am scared for life.
Whats a tragedy to us is not a
tragedy to god. I got 4 38 hallaw
paints, and a 45 bullet holes
on me, I had 5 temps on my life
and if anybody needs protection,
its plaintiff.

27. this the suspension letter was to set
plaintiff off, cause I made the
Same calls to Rock Region when
(Jared Varner, and oscar Correa)
were at Rock Region, (Charles Fraizer)
Cam not tell this court why
does (mr askew) never Recieve
a Response to his complaint,
cont.

#11

28. attorney For defendants beating around the (bush) Explain how, and why defendant (oscor Covrea) suspended plaintiff For saying, or Should I say rising to columbine incident as example

29. I stated that, thats probaly why thes kids like those at columbine went on that Rampage, they were singled out stigmatized agatated provoked, it never said that they were troubs.
they went to parents, caurlors, teachers, ETC. and got what rock region was doing, about my situation I was suspended For 30 days b

30. Every news Chanel, CNN, HLN, 7-4-16- ETC. across the nation said It was the 20th anneriversery of the Columbine Mascure.

31. ~~Rock Region~~ ~~Rock~~ Did Rock Region go to the F.c.c. and tell them to suspend all the news media, and all the people who participated in thee candl light vigil (NO)
why cause I am being Retaliated ~~against~~ against Fa going out side Rock Region For complains that can be remideid on the travel Center lot.
CONT.

#72

32. If attorney can explain how I got a suspension on 1-31-19, because the letter it self was designed to start me calling, and allege harasing phone calls, if Jeff Sweet would have told them, to stop would I be in Federal Court. It is defendant Jackson who has no Respect For the Court.

33 I told defendant Jackson Respond to my Complant I gave you my name address, and phone number, dates time, Routs, bus number Etc. If he dont I would File a Lawsuit. he stated quate you can't cant Can File it in Federal court, peple court, from kangaroo court. making mockery. cause these peple are persistant about doing Everything ignorant, as if to test my I Q. and see if am Really stupid.

Im A.d.c. I recieved a associate arts, a Bachlor of arts, and started on my Masters. degree, I went to metropolitain tech. institute and bussiness college in Long Beach Calif (1988) I signed up For paralleagle but switched to Law enfocement Sec. Evac 1.+. A.R Sec. training, academy Range, P.R. 2'4 training, no daubt 100 on my test. but plaintiff Left Calif. before his pawers to arrest was issued. I went 3000 miles to bury my bro. I burried him, with honors cause he was no (mafia cop or Sec.) we bath respect law, and palic.

CONT.

34. If the court will extract the Legal Citations
from Rock regions suspension letter which
they put together using the Judges no
Contact order. the Letter was designed
to add insult to injury cause they
knew I would start writing outside
that of agency.

35. The call log forgot to mention that some of
those Calls tells the Board of
directors if I do not get a Fair and
impartial hearing, and a this suspension
Letter is not Revised correctly the
Board of Directors, Deomia Bowers, and
Charles Frazier, and Officer Walton could
be held (Liable) and I will File a
25 million dollar Law suit.

36. The Court has several suspension letters on Exhibit.
but if you compare this brand new
suspension Letter, that to all suspension
letters youll see all suspension letters
has a Foot note For the appeal process.
why all of suddem I can't apped
this suspension.
         Cause it was designed to anger
plaintiff, to get me to go on my
calling spree. another Bias Retaliaton
I can prove it. when they First started
this gang called Rock Region Regulator
plaintiff Called 3x as much almost
4 years and no Response, to not
one one Complaint.    cont

37. the court sees the intent, since when did
the Board of Directors come up with the
(NEW) rule that From now on all suspensions
issued to passangers will not be
appealed if the suspension is a
one year. no suspension in history
of all Suspensions, has been Issued to
my one, and typed up to where
you Cant appeal. look at my supporting
affidavit how in the world did
(DONNA BOWERS) have the audacity
to demonstrate her deliberate
indifference to a highly decorated
marine who has a purple heart as
well as a Star, and ask him does
she need to show him the way out
I think that affidavit speaks for
itself. why if the Letter dated
1-31-19 was written then my Exhibit
of transfer on File, dated 1-31-19
proves they Could have gave it to me
then, or Either to the civil Rights
investigator while he was there. ?

38. cause as stated so many times before
defendant. along with (L.R.P.D.)
orchestrated, and ~~calebrated a~~
constructed, a calculated conspiracy
acted in union, and Got concerted
systimaticy, Got went against the
grain of Justice and cut a path
of its very own.

CONT.

75

39. Charles Frazier ordered Financial officer
not to Refund me, cause they knew
this would be another gripe.
See Refund Slip, Each time I was
Refunded Twice cause I caught a day
pass and did not get my Rides I paid
For all of sudden I cant get a
Refund. Exibit enclosed.  NEW RULES

40. a dismissle of this complaint will be appeald
immediately, and plaintiff will Refile.
I have enough now to take to a (Jury)
defendants attorney although,
Slick, can not slide on barbedwire

41. defendants have not one leg to stand on
the all both bus drivers let me on the bus
both ways I did not break into the
bus. Every suspension including the one
Several others as well as the letter
attorney speaks of June 15Th if the defendant
pull the tape on the Lot June 15th
2017 youll see them put im my hand.
June 15Ti ~~and~~ ~~then~~ ~~me~~ ~~off~~ ~~the~~ ~~Lot~~
a suspension letter yall also see me
~~bei~~ being ran off the Lot June 15Th
and that makes the June 15 day court
and ~~now~~ im them letters it says
their effective the next day.
why the they take my privleges
them and there if its not effectiv till
the next day(?)
      CONT.

16

42. If this attorney does not ask his Clients about the disposition of my Complaints, and tell them its the right thing to do I will get the truth in my Request for admissions, and it will start with defendant (Jackson)

43. Example, admit (Jackson,) after listening to my Complaint never gave plaintiff any letter stating that he even question Bracy, ar-El, Todd white, wesley, ETC. about Complaint what is he doing with my infor. other than giving to other ignorant people some Stone one text me telling me to kill myself. I laughed now I know Jackson doing with my phone number.

44. out all Rock Region employee, no one said I was still Suspended. Many times I am denied entry on the bus.

45. For instance, 9-24-17 the bus driver slam my hand in the door, I had to use my right hand to free my left but to get dragged down town Complaint filers, emediately. no response, and you know if I get that tape it proves my 8Th amendment Right was infact violated. Cruel and unusual punishment                    cont.

#7

#46 the mental anguish caused by defendants
all most 4 years has took its toll
I Express how I feel give me Liberty
or give me death.

#47 these people have proven on there own
letter, when suspended they took
my Freedom of Speech and converted
it into a Crime, and as I have
Stated, and continue to State and
1° or CiTE (miranda v. arizoma 384 us
436, 491) 86 S.cT 1603 1603

2. (miller v. us. 230 F. 486, 489.)

3. Sherer v. Cullen, 481 F. 946

4. Simmons v. united States, 390 U.S. 377 (1968)

5. Cooper v. co. or

5  Cooper V AaRon 358 U.S. 1, 78 S. CT 1401
   (1958)

48. I suggest attorney For defendant
    Review the tape dated 3-2-19
    Routh 23

    Defendants Dogg Just wont hunt!

              CONT.

49# attorney for these conspiratorial defendants needs to Review the police Reports on File It plainly States (L.R.P.D) Can not make Rock Region give me a notice of Charges, but yet the Law Requires a notice of Charges. defendant Bowers suspend plaintiff for 60 days Cause I kept calling persistant about the first name of operator Bracy.

50# She Stated quote I'am not going to give you his name, you call again and I'll Suspend you. why is defendant Bowers suspension 60 ~~that ends~~ days but, defendant Correa in Case 18-3588 for Repeating Columbine incident I got 30 days.

51# Q. Defendant Fraizer doesnt mention the call when I told him give the name of Bray. Seeing how the Court ~~Denied~~ denied my motion for production This is the man who slam my hand in the door.

52# Defendant Fraizer left out the Call where I warned Him, and defendant. Bowers that if they protect them then each one would take that bus drivers place   FRAZIER is the head man all this proves My Conspiracy Claim ( a meeting of minds is obvious )
                    CONSPIRACY

19#

53# If there people want to spend half of
million dollars to keep me off the
Bus, than to admit to them self
they Really stepped in it, them
all write (write)
plaintiff is the only victom here.
If they talk about Everything but,
they NEVER MENTION AFTER
All most 4 years why (Charles askere)

Cant get a response to his complaint,
Conspiracy thats why.

54# (Jeff Susser) is a perfect example.

insteed of him advising his Clients
he fail, very unethical.
The Reason all this has transpired
is cause they thought

plaintiff had the mind of a mental
Retarded, 5 year old, and
like I said the wrath of God
is the Soul Force behind this
ink penn. Rock Region dont
wait to keep Fighting me in Court,
I mean Everbit of a $25,000,000.

If they insult my intelligence one
more time if we
Cant pull Every tape I ask for, so
the Court can see For there self.
                    Cont

28#

55# the police Report was wrote by the same officer who threaten to falsify a Report and lie on me almost 2 years olga, Same L.R Police. Jumped in front of supervisor (alleen washing) not a defendant in either case. office watton on tape Jumping in front of him so I could not get my complaint through SEE TAPE.

56# Same officer I've called code of professional standards on, the officer I told F.B.I. about, and have previously wrote F.B.I. about on more than one occasion I can go on and on they been violating me for years, For Fun, a Form of Bully;

trying to make plaintiff (snap) or go into some deep depression State of mind or either Just leave it, and I have been too Damned Good to wait this long I should have filed in 2016

this sheds light on there persistant pattern of Stigmatizing, defeating provoking, instigating each and every one of plaintiff actions. Rock Region Remind me of 10th Commandments all that warning and Pharoh Dumb ass Refuse to Free the Slave.

Respectfully submitted

Charles Askew

5-2-19

5:52 AM