In the United States District Court
Eastern District of Ark.
Western Division

Charles E Askew                    Case. 4:19-cv-114
                                              Plaintiff
vs.

Rock Region Metro ETAL.            Defendant.

Motion For Jury

Comes now Plaintiff (Charles Askew) By and through his attorney (Pro SE) and his Motion For Jury Demand Pursuant to Rule 38. Federal Rules of Civil Procedure,

Plaintiff moves For a Jury Demand our country is so full of ignorance, and America has been under attack, our Judges in such a court must be protected, by the Evils of the sick. it is highly unlikely that a Bench Trial, would be good For a pro Se litigant. Judges are the last People that would Ride a bus, but 12 Jurors would be more Receptive and will definitely not be over compensated, nor ever compensated Especially if the court grants production of documents which plaintiff will Refile unless Defendant, Board of Directors comes to terms. Cont

Plaintiff is definately due punitive damage awards, these actions brought about my actions the constant deprivation of my civil & constitutional rights. Punitive damages sends a message to these coorporate Business, and agencies, who constantly violate the Rights of the people. this is not about astronomical amounts of thee known Roots of Evil (MONEY)

Plaintiff action will put a Stop to the malicious conduct, of Rot Regions Figuratoin in there own actoin. Regulation, Rules, and Employee Conduct manual.

Plaintiff has cited Enough, and has overwhelming proof of conspiracy.

therefore plaintiff ask Court to deny defendants alterated version of motion to dismiss. it will on go angainst the grain of justice. a 4 year pattern of mental anguish, but the defendants scream bloody murder when defendants as well there attorney are caught with a smoking gun, and standing over Justice I dont think so. CONT.

am quite sure the court has seem enough of (Frank Askew Jr.)

next time a passenger files a complaint pull the tape and Respond, and I want have to call, Stop insulting my intellagence.

Respectfully
Submitted

Charles Erwin Askew

5-2-19

5-13 AM.

Exhit" currently on File

Produce Audiovisual of this incident and it proves nobody is under imminent threat or danger.

E

| ☐ JUVENILE INFORMATION | Modified 10/31/2016 10:33 AM |

## NARRATIVE

OFFICERS ARRIVED AT KEIGHTLY AND T ST. IN REFERENCE TO A DISTURBANCE. COMMUNICATIONS ADVISED A SUBJECT IS THREATENING TO KILL THE BUS DRIVER AND IT IS UNKNOWN IF THE SUBJECT IS ARMED. OFFICERS MADE CONTACT WITH BUS DRIVER, JOHNNIE WESLEY. WESLEY ADVISED, CHARLES ASKEW, STARTED TO DISROBE ON THE BUS. WESLEY ADVISED ASKEW HE COULDNT TAKE OFF HIS CLOTHES AND THAT'S WHEN ASKEW CURSED AND THREATENED TO KILL HIM. WESLEY DIDNT PROVIDE OFFICERS WITH ANY OTHER DETAILS. ASKEW ADVISED HE IS ANEMIC AND WAS CHANGING FROM A SHORT SLEEVE SHIRT TO A LONG SLEEVE FLANNEL. ASKEW ADVISED HE NEVER MADE ANY THREATS TO THE BUS DRIVER AND HE GETS SINGLED OUT EVERY TIME HE GETS ON. OFFICERS PATTED ASKEW'S OUTER CLOTHING FOR WEAPONS AND LOCATED A BOTTLE OF PEPPER SPRAY. OFFICERS ADVISED ASKEW HE WOULD HAVE TO TAKE THE NEXT BUS AND WOULD NOT BE ALLOWED TO RIDE WITH THIS BUS DRIVER. MVR WAS IN USE.

**ADDITIONAL HOMICIDE CIRCUMSTANCES:**
- ☐ (A) Criminal attacked police officer, that officer killed criminal
- ☐ (B) Criminal attacked police officer, criminal killed by other officer
- ☒ (C) Criminal attacked a civilian
- ☐ (D) Criminal attempted flight from a crime
- ☐ (E) Criminal killed in commission of a crime
- ☐ (F) Criminal resisted arrest
- ☐ (G) Unable to determine / not enough information

RELATED CASE NUMBER(S)

| CAR JACKING? ☐ YES ☒ NO | DRIVE-BY? ☐ YES ☒ NO | GANG RELATED? ☐ YES ☒ NO |

HATE/BIAS RELATIONSHIP:  ☒ (88) None   ☐ YES, SEE BELOW

| RACIAL (Anti-) | RELIGIOUS (Anti-) | ETHNICITY / NATIONAL ORIGIN (Anti-) | SEXUAL (Anti-) |
|---|---|---|---|
| ☐ (11) White | ☐ (21) Jewish | ☐ (31) Hispanic | ☐ (41) Male Homosexual (Gay) |
| ☒ (12) Black | ☐ (22) Catholic | ☐ (32) Other Ethnicity | ☐ (42) Female Homosexual (Lesbian) |
| ☐ (13) American Indian / Alaskan Native | ☐ (23) Protestant | DISABILITY (Anti-) | ☐ (43) Homosexual (Gay and Lesbian) |
| | ☐ (24) Islamic (Muslim) | | ☐ (44) Heterosexual |
| ☐ (14) Asian / Pacific-Islander | ☐ (25) Other Religion | ☐ (51) Physical Disability | ☐ (45) Bisexual |
| ☐ (15) Multi-Racial Group | ☐ (26) Multi-Religious Group | ☐ (52) Mental Disability | |
| | ☐ (27) Atheist/Agnostic | | |

these folks tryed to Run over me with a bus and kill me

one Bus driver Slam my hand in the door and drag me got my hand out feets in zone.

one bus drive Ram over killed some lady He got 60 days Suspension

I never heard anything about my complaint till this day Nothing!

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2019 MAY -7  A 10:04
JAMES W. McCORMACK
BY:_____

Exhibit P.

attorney for defendants apparently cant see these People trying to send me to A.D.C. for Laughs. they playing with my freedom. If this dont cooberate with the tape Buses are equiped with audio visual ↓

Case: 4:18-cv-00751-DPM   Document #: 5-0   Date Filed: 12/03/2018   Page 17 of 18

☐ JUVENILE INFORMATION       Modified 10/31/2016 10:33 AM

## NARRATIVE

OFFICERS ARRIVED AT KEIGHTLY AND T ST. IN REFERENCE TO A DISTURBANCE. COMMUNICATIONS ADVISED A SUBJECT IS THREATENING TO KILL THE BUS DRIVER AND IT IS UNKNOWN IF THE SUBJECT IS ARMED. OFFICERS MADE CONTACT WITH BUS DRIVER, JOHNNIE WESLEY. WESLEY ADVISED, CHARLES ASKEW, STARTED TO DISROBE ON THE BUS. WESLEY ADVISED ASKEW HE COULDNT TAKE OFF HIS CLOTHES AND THAT'S WHEN ASKEW CURSED AND THREATENED TO KILL HIM. WESLEY DIDNT PROVIDE OFFICERS WITH ANY OTHER DETAILS. ASKEW ADVISED HE IS ANEMIC AND WAS CHANGING FROM A SHORT SLEEVE SHIRT TO A LONG SLEEVE FLANNEL. ASKEW ADVISED HE NEVER MADE ANY THREATS TO THE BUS DRIVER AND HE GETS SINGLED OUT EVERY TIME HE GETS ON. OFFICERS PATTED ASKEW'S OUTER CLOTHING FOR WEAPONS AND LOCATED A BOTTLE OF PEPPER SPRAY. OFFICERS ADVISED ASKEW HE WOULD HAVE TO TAKE THE NEXT BUS AND WOULD NOT BE ALLOWED TO RIDE WITH THIS BUS DRIVER. MVR WAS IN USE.

**ADDITIONAL HOMICIDE CIRCUMSTANCES:**
- ☐ (A) Criminal attacked police officer, that officer killed criminal
- ☐ (B) Criminal attacked police officer, criminal killed by other officer
- ☑ (C) Criminal attacked a civilian
- ☐ (D) Criminal attempted flight from a crime
- ☐ (E) Criminal killed in commission of a crime
- ☐ (F) Criminal resisted arrest
- ☐ (G) Unable to determine / not enough information

RELATED CASE NUMBER(S)

CAR JACKING? ☐ YES ☑ NO       DRIVE-BY? ☐ YES ☑ NO       GANG RELATED? ☐ YES ☑ NO

HATE/BIAS RELATIONSHIP:   ☑ (88) None   ☐ YES, SEE BELOW

| RACIAL (Anti-) | RELIGIOUS (Anti-) | ETHNICITY / NATIONAL ORIGIN (Anti-) | SEXUAL (Anti-) |
|---|---|---|---|
| ☐ (11) White | ☐ (21) Jewish | ☐ (30) Hispanic | ☐ (41) Male Homosexual (Gay) |
| ☑ (12) Black | ☐ (22) Catholic | ☐ (32) Other Ethnicity | ☐ (42) Female Homosexual (Lesbian) |
| ☐ (13) American Indian / Alaskan Native | ☐ (23) Protestant | DISABILITY (Anti-) | ☐ (43) Homosexual (Gay and Lesbian) |
| ☐ (14) Asian / Pacific Islander | ☐ (24) Islamic (Muslim) | ☐ (51) Physical Disability | ☐ (44) Heterosexual |
| ☐ (15) Multi-Racial Group | ☐ (25) Other Religion | ☐ (52) Mental Disability | ☐ (45) Bisexual |
| | ☐ (26) Multi-Religious Group | | |
| | ☐ (27) Atheist/Agnostic | | |

I beem accused of threating to kill L.R.P.D for saying they act like they want a Law suit.

Mafia cop put in chains and had me so I couldnt stand up. see internal affairs Report 2008  09

Exhibit "2"

**CATA**
THANK YOU!

DAY PASS
$ 3.75
BUS 1007: T-48796

ISSUED:
MAR 02 - 01:0.

EXPIRES:
--- SAT ---
02 MAR 19
at 11:59

No. 01031812

D1145-040211

Since Floyd Bills hit me on the Bus, it adds to my conspiracy claim, now I can flip the script, shift the burden to defendants (ENTRAPMENT) defendants



**Rock Region METRO**
901 Maple Street
North Little Rock, AR 72114

CERTIFIED MAIL

7016 1370 0000 6998 3019

Exhibit #3

Charles E. Askew
3409 Avery Rd.
LR. AR 72209

Civil Right



UNITED WE STAND

72209-552609

*~~Simpson~~ This Proves I got my Refunds, Since I filed lawsuit ~~they~~ they keep Retaliating any way they can.*

Mr. Askew,

Please find enclosed $4.27 in cash. This is a refund for your day pass plus postage.

| | |
|---|---|
| Day Pass | 3.75 |
| Postage | 0.52 |
| Total | 4.27 |

Thank you,

Justin Avery
Assistant Director of Finance

Counted by: Justin Amy
Verified by: Wade Crawford

*Exhibit #4*

*I WANT MY 4.27 added to my civil suite*



*[Handwritten at top:]* Plaintiff can copy a no contact order, and add Excerpts to deguise my true intent.

April 8, 2019

Charles Askew
3409 Avery Road
Little Rock, AR 72209

Dear Mr. Askew:

*[Handwritten left margin: 1st]*

This letter is to advise you that you are to be suspended immediately from all services offered by Rock Region Metropolitan Transit Authority ("METRO") for the duration of the enclosed No Contact Order No. 19-267. You were arrested on March 4, 2019 at the METRO Travel Center for Disorderly Conduct, Misdemeanor Criminal Trespass, and Second Degree Terroristic Threatening.

Little Rock District Court Judge Melanie Martin, in Case No. LRCR 19-1058, imposed No Contact Order No. 19-267, on you, Mr. Charles Askew, on March 4, 2019. Pursuant to the No Contact Order, you are prohibited from contact, by any means, with Mr. Floyd Bibbs, employee of METRO, and barred from entry onto the METRO Travel Center, located at 310 East Capitol Avenue, Little Rock, Arkansas 72202.

Your suspension from use of METRO services will be lifted concurrent with the expiration of the No Contact Order on March 4, 2020, or issuance of a Court order terminating No Contact Order No. 19-267. Please be advised that if you enter any METRO facilities or board any services during the pendency of the No Contact Order, METRO will contact law enforcement and you will be subject to immediate arrest and detention for violation of the No Contact Order.

Thank you for your cooperation in this matter.

Sincerely,

*[signature]*

Donna Bowers
Director of Operations

*[Handwritten right side:]* Remove what plaintiff underlines in this letter. The suspension letter is nothing more but another one of defendants aggravating tools used for years for the sole purpose of humiliation, not one her other letter thanks me for my cooperation and why defendant sincerley sign this.

901 Maple Street, North Little Rock, AR 72114 | 501.375.6717 | rrmetro.org

*[Handwritten at bottom:]* where is that part where I can appeal this Letter in 10th days sent. 34 days Late? malicious intent.

IN THE DISTRICT COURT OF LITTLE ROCK, ARKANSAS

STATE OF ARKANSAS                                                  PLAINTIFF

VS.                 CASE# LRCR-19-1058

NCO# 19.207     BY: AN

Charles Askew                                             DEFENDANT

## NO CONTACT ORDER

The Defendant is hereby ordered to have no contact, either directly or indirectly, whether in person, by telephone, computer, mail, or any other means, with the following person(s) or his/her immediate family:

| Victim's Name | Date of Birth | Race/Sex |
|---|---|---|
| Tina Mosely | 3-8-72 | B/F MHM |
| Floyd Babbs | 7-6-77 | B/M |
| | | |
| | | |

The Defendant is prohibited from possessing and/or purchasing a firearm or other weapon.

The Defendant is ordered to remain at least 500 yards from the Victim(s) at all times, even if the Victim(s) seems to allow or request contact.

The defendant is Barred from 310 E. Capitol - Rock Region through Center

Any violation of this order subjects the Defendant to immediate arrest and detention. Any law enforcement officer having reasonable cause to believe that this order has been violated is ordered to immediately arrest the Defendant. This order is in addition to, and consistent with, orders issued pursuant to Rule 9.3 of the Arkansas Rules of Criminal Procedure, Ark. Code Ann. 5-71-229, 16/85-714 and Ark. Code Ann. 9-15-201, *et seq.*

This order will expire 3/4/20 issued unless extended or modified by Court order.

IT IS SO ORDERED.

Served by Officer: _____

Date: 3-4, 20 19

_Melanie H. Martin_
District Court Judge

CBS

3-4-19
Defendant's Signature                                  Date

Charles Erwin Askew
ACIC/NCIC Entry Information: CSN# _____ SRN# H975292722
Defendant's Name Charles Askew SSN# 560298253 DOB 7/24/61
Race B Sex M Height 600 Weight 165 Birth Place _____
Driver's License # 108816891 State AR Defendant Address: _____

MAR 04 2019

rec'd
MAR 04 2019