# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHARLES E. ASKEW                                           PLAINTIFF

v.                            No. 4:19-cv-114-DPM

ROCK REGION METRO;  CHARLES
FRAZIER;  CHARLES JACKSON;
DONNA BOWERS;  and WILSON VAUGH           DEFENDANTS

## ORDER

1.  Defendants' expedited motion for a restraining order, № 35, is denied without prejudice.  The circumstances don't call for the Court's direct involvement in the parties' day-to-day interactions.  And sanctions by the Court aren't warranted.  To the extent that Askew threatens anyone, that person can contact the police.

2.  Askew's motion to amend, № 27, and motion for settlement, № 32, are denied without prejudice.  His claims will be ventilated in due course.

3.  The Court construes Askew's motion for jury, № 39, as a jury demand.  It's granted.

4. All material things considered, this case would benefit from Askew having appointed counsel.  The Court appreciates Magistrate Judge Ray's willingness to handle the appointment of counsel and all

pretrial matters, including a recommendation on any dispositive motion. The case is referred.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 May 2019