# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLES E. ASKEW                                                PLAINTIFF

v.                            No. 4:19-cv-114-DPM-JTR

ROCK REGION METRO; CHARLES
FRAIZER; CHARLES JACKSON;
DONNA BOWERS; and WILSON VAUGH            DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, № 50. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). A ruling on Defendants' motion to dismiss, № 29, is deferred until Askew files a motion to amend and a proposed amended complaint. Askew has until 19 September 2019 to file his papers.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2019