# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHARLES E. ASKEW**                                        **PLAINTIFF**

**v.**                        **No. 4:19-cv-114-DPM-JTR**

**ROCK REGION METRO; CHARLES
FRAZIER\*; CHARLES JACKSON;
DONNA BOWERS; WILSON VAUGHN;
and TINA MOSLEY**                                          **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, № 60. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion to dismiss, № 57, is partly granted and partly denied. The following claims are dismissed without prejudice: Askew's municipal liability claim against Rock Region Metro; his official capacity claims against Frazier, Jackson, and Bowers; and his official and individual capacity claims against Vaughn. Askew's individual capacity First Amendment retaliation claims and civil conspiracy claims against Frazier, Jackson, and Bowers go forward.

---

\* The Court directs the Clerk to correct the spelling of Frazier's name.

So Ordered.

DP Marshall Jr.

D.P. Marshall Jr.
United States District Judge

7 January 2020