**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHARLES E. ASKEW**                                                                                         **PLAINTIFF**

**v.**                                          **No. 4:19-cv-114-DPM**

**CHARLES FRAZIER; CHARLES JACKSON;
DONNA BOWERS; and TINA MOSELY**                                **DEFENDANTS**

## JOINT MOTION FOR SETTLEMENT CONFERENCE

COME NOW Plaintiff Charles E. Askew (Plaintiff) and Defendants Charles Frazier, Charles Jackson, and Donna Bowers (Defendants), by and through their undersigned counsel, and jointly submit the following Motion for Settlement Conference, and states as follows:

1. This case is currently set for a jury trial the week of February 8, 2021. *See* ECF 66.

2. The current Amended Final Scheduling Order in this case establishes that requests for settlement conference must be made on or before October 12, 2020. *Id.*

3. The Parties have engaged in settlement discussions and it is the opinion of the respective counsel that a settlement conference, as was suggested by the Order dated May 21, 2020, would be beneficial. *See* ECF 70, n.1.

4. Therefore, the Parties respectfully request that the Court grant their joint motion and set this case for settlement conference with the Magistrate Judge at the earliest mutually convenient date.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion for Settlement Conference and set this matter for a settlement conference with the Magistrate Judge at the earliest time mutually agreeable to the Court and the Parties.

Respectfully submitted,

Kathryn L. Hudson (ABA 2010046)
Law Office of Kathryn L. Hudson
650 Shackleford, Suite 400
Little Rock, Arkansas 72211
Phone (501) 246-3586
Email: klhudson@hudsonlawcenter.com

**ATTORNEY FOR PLAINTIFF**

and

M. Stephen Bingham (AR Bar #83023)
Alexander D. Clark (AR Bar #2017112)
**CROSS, GUNTER, WITHERSPOON
  & GALCHUS, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone: 501-371-9999
Fax: 501-371-0035
Email: sbingham@cgwg.com
Email: aclark@cgwg.com

**ATTORNEYS FOR DEFENDANTS**

2

251268