# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES E. ASKEW**                      **PLAINTIFF**

v.               **No. 4:19-cv-114-DPM-BD**

**CHARLES FRAZIER;  CHARLES JACKSON;
DONNA BOWERS;  and TINA MOSLEY**       **DEFENDANTS**

## ORDER

The Court directs Mr. Askew to stop telephoning judges' chambers.   Neither the Court nor its staff can have one-sided conversations about the substance of a pending case with any litigant. Askew must communicate with the Court on the record through his appointed lawyer.  The Court directs the Clerk to mail a copy of this Order directly to Mr. Askew.

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

25 September 2020