(Post. 01/18/2017)

# United States District Court
## Eastern District of Arkansas

Charles E. Askew

**NOTICE**

v.

Rock Region Metro, et al.

CASE NUMBER: 4:19-CV-114-DPM-BD

TYPE OF CASE:  ☒ CIVIL    ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 1D |
| | **DATE AND TIME**<br>November 18, 2020, at 9:00 a.m. |

TYPE OF PROCEEDING

Pre-jury hearing before Magistrate Judge Beth Deere.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | |

Magistrate Judge Beth Deere
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/19/2020
DATE

Suzy Flippen
(BY) DEPUTY CLERK

To: William N. Dawson
M. Stephen Bingham
Alexander Clark