Case 4:19-cv-00114-DPM-BD   Document 97   Filed 11/16/20   Page 1 of 3

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 6 2020

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

4:19-1114

Plaintiff filed a notice of address change but yet defendants have not honored it.

Charles Askew
2523 West 12th Street
Little Rock, AR 72202

Tickmaulogey

Chuck askew

Recived 11-16-20
From big Daddy Pawn Shop
at 10-13-20 AM.



$1.20
US POSTAGE
FIRST-CLASS
062S0008558540
72201

C. ASKEW
v.s.
C. FRAZIER ETAL

4:19-114 DPM

## NARRATIVE

OFFICERS ARRIVED AT WEIGHTLY AND T ST. IN REFERENCE TO A DISTURBANCE. COMMUNICATIONS ADVISED A SUBJECT IS THREATENING TO KILL THE BUS DRIVER AND IT IS UNKNOWN IF THE SUBJECT IS ARMED. OFFICERS MADE CONTACT WITH BUS DRIVER, JOHNNIE WESLEY. WESLEY ADVISED, CHARLES ASKEW, STARTED TO DISROBE

THREATENED [illegible] TELL HIM. WESLEY DIDNT PROVIDE OFFICERS WITH ANY OTHER DETAILS. ASKEW ADVISED HE IS ANEMIC AND WAS CHANGING FROM A SHORT SLEEVE SHIRT TO A LONG SLEEVE FLANNEL. ASKEW ADVISED HE NEVER MADE ANY THREATS TO THE BUS DRIVER AND HE GETS SINGLED OUT EVERY TIME HE GETS ON

[illegible] LOCATED A BOTTLE OF PEPPER SPRAY.

HE ALLOWED TO RIDE

The only Reason am not in Prison, that they would have to kill me... that way the video would have to be shown in its entirety. I went to jail cause Legal Bulbs, Ran off the Bus to attack me. I was not arrested, I did not Recieve a no contact order or suspension. am only going to keep Filing civil Right complaint with F.B.I., about why the cops keep coming By missing

In the United States District Court.
Eastern District of Ark.

COPY

4:19-114

ASKEW
VS
Rock Region

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 13 2020
JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

Notice of address correction

Plaintiff has a mailing address on File 1800 S. BROADWAY APT # 511 Little Rock Arkansas 72206

It is un Clear why Certain Mail From the Court goes to 2523 w. 12th L.R. and Some goes to the address above

Send all correspondence to address above. Be advised that Rock Region metro, is Refusing to drop Charges, on me about their bus driver going on attack.

Charles Askew   11-13-20