IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES E. ASKEW                                                                         PLAINTIFF

v.                                    No. 4:19-cv-114-DPM-BD

CHARLES FRAZIER; CHARLES JACKSON;
DONNA BOWERS; and TINA MOSLEY                                          DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, Doc. 105, and overrules Askew's objections, Doc. 106. FED. R. CIV. P. 72(b)(3). Though Askew's objections restate various claims and allegations at length, they do not meaningfully address Magistrate Judge Deere's recommendation. The Court agrees with her reasoning and adopts her recommendation. The motion for summary judgment filed by Frazier, Jackson, and Bowers, Doc. 83, is granted. Askew's claims against Mosley will be dismissed without prejudice because the first amended complaint was never served on her. Askew's motion to compel, Doc. 107, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 January 2021