IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES E. ASKEW                                     PLAINTIFF

v.                       No. 4:19-cv-114-DPM-BD

ROCK REGION METRO; CHARLES FRAZIER;
CHARLES JACKSON; DONNA BOWERS;
WILSON VAUGHN; and TINA MOSLEY           DEFENDANTS

## JUDGMENT

1. Askew's municipal liability claim against Rock Region Metro, his official capacity claims against Frazier, Jackson, and Bowers, and his official and individual capacity claims against Vaughn are dismissed without prejudice.

2. Askew's retaliation claim against Mosley is dismissed without prejudice.

3. Askew's individual capacity First Amendment retaliation claims and civil conspiracy claims against Frazier, Jackson, and Bowers are dismissed with prejudice.

                                         _____
                                         D.P. Marshall Jr.
                                         United States District Judge

                                         5 January 2021